# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF RESIGNATION OF WILLIAM W. SEEGMILLER, BAR NO. 3598.

No. 76987

**FILED**

OCT 03 2018



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER GRANTING PETITION FOR RESIGNATION

This is a joint petition by the State Bar of Nevada and attorney William W. Seegmiller for his resignation from the Nevada bar.

SCR 98(5) provides that Nevada attorneys who are not actively practicing law in this state may resign from the state bar if certain conditions are met. The petition includes statements from state bar staff confirming that no fee dispute arbitration or client security fund matters are pending against Seegmiller and that he is current on all membership fee payments and other financial commitments relating to his practice of law in this state. *See* SCR 98(5)(a)(1)-(2). The Board of Governors has approved the application for resignation. *See* SCR 98(5)(a)(2). Seegmiller acknowledges that his resignation is irrevocable and that the state bar retains continuing jurisdiction with respect to matters involving a past member's conduct prior to resignation. *See* SCR 98(5)(c)-(d). Finally, Seegmiller has submitted an affidavit of compliance with SCR 115. *See* SCR 98(5)(e).

The petition indicates, however, that Seegmiller has "discipline pending" but Bar Counsel nonetheless recommends that this court approve

18-38721

Seegmiller's resignation. *See* SCR 98(5)(b). It appears the referenced pending discipline stems from a proceeding in which this court granted a petition for reciprocal discipline, suspending Seegmiller from the practice of law in Nevada for one year, retroactive to January 5, 2017, with all but the first 90 days of that term stayed. *In re Discipline of Seegmiller*, Docket No. 72525 (Order Imposing Reciprocal Discipline, July 31, 2017). As a result of that prior discipline, Seegmiller currently is on probation. *Id.* The resignation petition and supporting documents do not indicate whether there are any unresolved grievances or disciplinary complaints pending against Seegmiller. Even assuming that there are pending disciplinary charges, SCR 98(5)(b) nonetheless allows this court to approve a petition for resignation. There does not appear to be a reason to deny the petition here. Accordingly, we approve attorney William W. Seegmiller's resignation. SCR 98(5)(a)(2). The petition is hereby granted.

It is so ORDERED.

_____, C.J.

cc: Daniel M. Hooge, Bar Counsel, State Bar of Nevada
William W. Seegmiller
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, State Bar of Nevada